APPROVED.

*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JESSE BAGGETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:09-CV-00875 |
| | ) | Judge Wiseman |
| LIFE INSURANCE COMPANY OF | ) | Magistrate Judge Bryant |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

___

### STIPULATION OF DISMISSAL
___

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this case be dismissed, with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

Respectfully submitted,

| | |
|---|---|
| BY: *s/R. Scott Wilson* | BY: *s/Cameron S. Hill* |
| Eric L. Buchanan (BPR #18568) | Cameron S. Hill, (BPR #17408) |
| R. Scott Wilson (BPR #19661) | Baker, Donelson, Bearman, Caldwell |
| D. Seth Holliday (BPR #23136) | & Berkowitz, P.C. |
| Eric Buchanan & Associates, PLLC | 1800 Republic Centre |
| 414 McCallie Avenue | 633 Chestnut Street |
| Chattanooga, TN 37402 | Chattanooga, TN 37450 |
| (423)634-2506 | (423) 756-2010 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |